

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-21-00277-CV

**IN THE INTEREST OF M.C.L.V, A CHILD**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01657
Kimberly Burley, Judge Presiding

# O R D E R

    The clerk's record was due on July 19, 2021, but has not been filed. On July 20, 2021, the trial court clerk filed a notification of late record, requesting until July 26, 2021, to file the clerk's record. After consideration, we **GRANT** the requested extension and **ORDER** the trial court clerk to file the clerk's record in this court **on or before July 26, 2021.**

_____
Rebeca C. Martinez, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court